*Lacario v. Healthfirst, Inc.*
Case No. 1:19-cv-04671 (U.S. District Court for the Southern District of New York)

### NOTICE OF CONSENT TO BE A PARTY PLAINTIFF

      I have been employed by Healthfirst, Inc., or its parent, subsidiary, or affiliated companies within the prior three years, and in one or more of those weeks, I was not paid overtime at the rate of one-and-one-half times my regular rate of pay for the hours I worked over forty (40) in a work week. I consent to join this lawsuit as a party plaintiff to seek unpaid overtime wages and to be bound by its outcome. By joining this lawsuit, I designate the named Plaintiff and Plaintiff's attorneys (an other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that I intend for this consent to be filed in order to recover my overtime wages against my current/former employer whether in this action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my unpaid wages and overtime claims I choose to be represented by The Hedgpeth Law Firm PC, the Siegel Law Group, PLLC, Werman Salas P.C. and other attorneys with whom they may associate.

Name: (print your name) ___Jennifer McLeggan_____

Signature: ___[DocuSigned by: /s/ Jennifer McLeggan, BDA1E71E896D41B...]_____

Date on which I signed this Notice: ___5/29/2019_____