IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALAAIKA LACARIO, on behalf of herself and all others similarly situated,<br>　　　Plaintiff,<br>　　　　　　v.<br>HEALTHFIRST, INC.,<br>　　　Defendant. | Civil Action No. 1:19-cv-04671 |

## PLAINTIFF'S NOTICE OF SERVICE

　　　Please take notice that on June 5, 2019 Plaintiff, through her attorneys, mailed Order Regarding Early Mediation and The Initial Pretrial Conference, ECF No. 6., to Defendant, Healthfirst, Inc. at the following address:

Healthfirst, Inc.
Attn: Legal Department
100 Church Street
New York, NY 10007

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Maureen A. Salas*

　　　　　　　　　　　　　　　　　　**DOUGLAS M. WERMAN**
　　　　　　　　　　　　　　　　　　dwerman@flsalaw.com
　　　　　　　　　　　　　　　　　　**MAUREEN A. SALAS**
　　　　　　　　　　　　　　　　　　msalas@flsalaw.com
　　　　　　　　　　　　　　　　　　Werman Salas P.C.
　　　　　　　　　　　　　　　　　　77 West Washington, Suite 1402
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　(312) 419-1008

　　　　　　　　　　　　　　　　　　**RAVI SATTIRAJU (N.Y. Bar No. 4053344)**
　　　　　　　　　　　　　　　　　　THE SATTIRAJU LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　　116 Village Blvd., Suite 200
　　　　　　　　　　　　　　　　　　Princeton, NJ 08540
　　　　　　　　　　　　　　　　　　Telephone: (609) 799-1266
　　　　　　　　　　　　　　　　　　Facsimile: (609) 228-5649
　　　　　　　　　　　　　　　　　　Email: rsattiraju@sattirajulawfirm.com

>TRAVIS M. HEDGPETH
>Texas Bar No. 24074386
>THE HEDGPETH LAW FIRM, PC
>3050 Post Oak Blvd., Suite 510
>Houston, Texas 77096
>Telephone: (281) 572-0727
>Facsimile: (281) 572-0728
>travis@hedgpethlaw.com
>
>JACK SIEGEL
>Texas Bar No. 24070621
>jack@siegellawgroup.biz
>SIEGEL LAW GROUP, PLLC
>2820 McKinnon, Suite 5009
>Dallas, Texas 75201
>P: 214.790.4454
>www.4overtimelawyer.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was electronically filed and served on all parties of record via the Court's CM/ECF filing system.

>*/s/ Maureen A. Salas*
>**Maureen A. Salas**