UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALAAIKA LACARIO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>HF MANAGEMENT SERVICES, LLC d/b/a HEALTHFIRST,<br><br>Defendant. | Case No. 19-cv-04671 (JMF)(KF)<br><br>**NOTICE OF MOTION** |

TO PLAINTIFF AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the First Amended Class and Collective Complaint filed herein and the accompanying memorandum of law and exhibits thereto, Defendant HF Management Services, LLC will move this Court, before the Honorable Jesse M. Furman, at the United States Courthouse, 40 Foley Square, New York, New York, 10007, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint, with prejudice, and for such further and other relief as the Court may deem just and proper.

Dated: July 29, 2019

DORF & NELSON LLP

s/ Andrew P. Marks

555 Theodore Fremd Avenue
Rye, New York 10580
(914) 381-7600
amarks@dorflaw.com
dwarner@dorflaw.com

*Attorneys for Defendant*