UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MALAAIKA LACARIO, on behalf of herself
and all others similarly situated,

          Plaintiff,

          -against-                            **ORDER OF DISMISSAL**

HF MANAGEMENT SERVICES, LLC d/b/a          19-CV-4671 (KNF)
HEALTHFIRST,

          Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      It having been reported to this Court, on the 11th day of February 2020, that the above-captioned action was settled,

      IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, dismissed. However, within thirty (30) days of this Order, either party may apply to the Court by letter for restoration of the action to the calendar of the undersigned, if the terms and conditions under which the parties have agreed to settle their dispute have not been fulfilled. In that event, the action will be restored.

Dated: New York, New York                    SO ORDERED:
       February 12, 2020

                                                        KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/20